FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 JUL 17 A 11: 53

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SANDRA FORQUER | * | |
| Plaintiff | * | |
| v | * | Civil Action No. JKB-12-146 |
| STUART BLATT, P.A., and JEFFREY N. PRITZKER, P.A. | * | |
| Defendant | * | |

\*\*\*

## ORDER

On May 15, 2012, the court issued a second order requiring the U.S. Marshal to effect service on defendants at the addresses provided by plaintiff. ECF No. 8. Service was attempted by mail but the summons was returned unexecuted. ECF No. 10. Personal service will be attempted by the U.S. Marshal at the addresses previously provided by plaintiff. *See* ECF No. 9.

Accordingly, it is this 17 day of July, 2012, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk IS DIRECTED to reissue summons, complaint, U.S. Marshal form, and this Order to the U.S. Marshal;

2. The U.S. Marshal IS DIRECTED to effectuate **personal** service of process on defendants at the addresses provided by plaintiff. Upon completion of service the U.S. Marshal SHALL IMMEDIATELY FILE completed returns of service regarding each defendant with the Clerk; and

3. The Clerk SHALL PROVIDE a copy of this order to plaintiff.

James K. Bredar
United States District Judge