IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SANDRA S. FORQUER

*Plaintiff*

vs

Case No. 1:12-cv-0146-JKB

MARGOLIS, PRITZKER, EPSTEIN
& BLATT, P.A.
STUART R. BLATT P.A.
JEFFREY N. PRITZKER P.A.

*Defendants*

## ~~[PROPOSED]~~ ORDER GRANTING ENLARGEMENT OF TIME TO FILE RESPONSE

THIS MATTER having come before the Court for an enlargement of time for the Plaintiff to respond to the Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted; or Alternately For Summary Judgment, and good cause being shown.

IT IS THEREFORE ORDERED that the motion is GRANTED; and it is further ORDERED that Plaintiff shall file a response on or before September 17, 2012.

SIGNED on this 10 day of Sept, 2012.

James K. Bredar
United States District Judge