# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SANDRA S. FORQUER** | * | |
| **Plaintiff** | * | |
| v. | * | **CIVIL NO. JKB-12-0146** |
| **MARGOLIS, PRITZKER, EPSTEIN & BLATT, P.A.,** *et al.* | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of the voluntary dismissal by Plaintiff of Defendant on September 17, 2012 (ECF No. 17), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to close the case.

DATED this 18th day of September, 2012.

BY THE COURT:

/s/
James K. Bredar
United States District Judge